____ FILED ____ ENTERED
____ LOGGED _____ RECEIVED

3:34 pm, Jul 29 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TTD_____Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

IN THE MATTER OF THE CRIMINAL
COMPLAINT AND ARREST WAR-
RANT FOR ERIC JASON PURNELL

Case No. 1:26-mj-01973-DRM

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT**

I, Jonathan D. Shaffer, a Special Agent (SA) for the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state the following:

**PURPOSE OF THE AFFIDAVIT**

1.      I make this affidavit in support of an application for a criminal complaint and arrest warrant charging Eric Jason Purnell ("Purnell") with Title 18 U.S.C. § 2261A, Cyber Stalking (the "TARGET OFFENSE"). Based on the facts set forth in this affidavit, there is probable cause to believe that Purnell has committed the TARGET OFFENSE.

2.      The information contained in this affidavit is based on my personal knowledge and on information provided to him other members conducting the investigation, including the Maryland State Police (MSP) Criminal Enforcement Division. Because this affidavit is submitted for the limited purpose of establishing probable cause for a complaint and arrest warrant, this affidavit does not set forth each and every fact learned by me or other law enforcement officers during the course of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Purnell has committed the TARGET OFFENSE.

1

## AGENT BACKGROUND

3. I have been an SA with the FBI for 17 years and am currently assigned to the Baltimore Division, Annapolis Resident Agency. Since April of 2009, I have been assigned to a criminal investigative squad. My duties include, but are not limited to, the investigation of all federal criminal statutes including Cyber Stalking, in violation of Title 18, United States Code, Section 2261.

4. I have arrested and participated in the arrest of approximately 250 persons for violations of state and federal narcotics offenses, murder statutes, and firearms violations to include numerous arrests for stalking charges. I have received specialized training for the investigation of violent individuals from various agencies, to include the Federal Bureau of Investigation (FBI), Maryland State Police, and Anne Arundel County Police Department.

## PROBABLE CAUSE

5. In 2007, Victim 1, who resides in New Zealand, met Purnell through a website called Deviant Art and began an online friendship. In the course of their friendship, Purnell learned about Victim 1's family, life, and other online accounts. During their friendship, Purnell learned that Victim 1 had a sister, Victim 2. Victim 1 chose to discontinue communication with Purnell after the conversations became too personal and made Victim 1 uncomfortable. Purnell aggressively pushed starting a romantic relationship with Victim 1 and Victim 1 stopped communicating with Purnell. Purnell then began using threats of physical and sexual violence against Victims 1 & 2 and their family (Victim 2 is Victim 1's sister).

6. In 2008 and 2009, Purnell began contacting Victim 1 and Victim 2's friends, other relatives, and businesses associated with their family/friends and their employees. Purnell used numerous methods to contact Victim 1.

2

7. In 2011, Victim 1 and Victim 2's family opened a café which the family ran for 11 years. Purnell discovered the café's Facebook page and harassed Victim 1, Victim 2, and their parents. Purnell also posted negative reviews on TripAdvisor, Google Reviews, and the business Facebook page. When Purnell left a negative review, Victim 1 and their family would have to appeal to the hosting site to have the review removed, which took time away from the business.

8. Between 2011 and 2016, Purnell continued to harass the victims. During this time, Purnell tried to access Victim 1 and Victim 2's Facebook accounts by resetting the password and answering the security questions. When Facebook changed to a two-factor authentication model that used a voice phone call to provide a code, the Victims' house phone would ring constantly with calls from Facebook because someone continued to try and reset the password to Victim 1's account.

9. Victim 2 reported Purnell's harassment to authorities in New Zealand but was told that they did not have jurisdiction. In 2016, Victim 2 made a report to Salisbury Police Department (SPD) and the Maryland State Police (MSP). On September 20, 2016, SPD interviewed Purnell. Following the interview, Purnell agreed to be transported to receive an immediate psychiatric evaluation. After SPD's investigation, the harassment of Victim 1 and Victim 2 ceased for a brief time while Purnell began receiving mental health treatment.

10. On October 12, 2016, Victim 1 and Victim 2 notified SPD that Purnell was continuing to contact them. SPD forwarded Purnell's communications to his mental health practitioner and advised Victim 1 and Victim 2 that SPD was not pursuing the matter further.

11. In 2017, Victim 2 submitted a complaint to MSP stating that Purnell had been using the internet to harass her, Victim 1, and other family members more than ten years.

1:26-mj-01973-DRM

12. Purnell continued regularly sending Victim 1 and Victim 2 harassing messages, including the following email on November 9, 2017:

Eric Purnell <nsgs@mail.com>                                    Thu, Nov 9, 2017 at 9:47 AM
To: ███████@gmail.com, ███████@gmail.com

Go ahead continue to make things harder on me, seriously DO it, back up what you told me, go on Back it up before i force you to. Since i can't ever be happy, since i can never go anywhere else, since i am forced to be with a negative mom instead around a positive group that you have and being around negative people which i have no choice right now doesn't help YOU or ME. (There is NO envy, no jealousy, keep that in mind!) I WANT TO BE HAPPY! I didn't cause this! It doesn't help you and you know it.

I am innocent, that is clear as day. I never got to defend, a reporter doesn't count because they only care about a stupid story and twisting it up to what they want. I'll get to defend one day, whether its through your expense or not, i will one day. We all know that holding it off doesn't work. It will follow you where ever you all go.

You want to get rid of me but don't do what actually works to do it. Ok, you reported me to the world. Your trying to make my online life difficult, How when all i do is contact you both. Your making it easier for me. You know it. Don't you get it? I. Have. Nothing. I am not like you that has things that motivate you. I have no motivation to leave. I don't care about my own well-being, i don't care about my life or safety. I shared my information with you to help you and your friends ruin me.

Your warnings, unless its a warning to be a friend of you all, i will not listen and obey. EVER!

13. Purnell then resent that same email to Victim 1 and Victim 2, repeatedly, with different subject lines, including:

- 9:47 AM: Hundreds of email accounts, going to use them NOW. How you feel doesn't matter. Make my life a living hell, i don't care, that's what i want
- 9:51 AM: All the FB accounts you blocked, i'm going to use the emails they are attached to now. Make my life hell, go, that's what i want
- 9:53 AM: Same as below! See you on FB, Instagram and another email. I never get to live. Go ahead, destroy.
- 9:58 AM: I refuse to be FRAMED! I am NOT afraid! Next email
- 10:00 AM: Framed, not afraid! I' fighting back too.
- 10:02 AM: Framed, Not Afraid, Pissed! Fighting.
- 10:04 AM: FRAMED!
- 11:05 AM: FRAMED; Don't Care? OK, nobody else does either :)
- 11:08 AM: FRAMED!; Don't Care? Ok, nobody else does either :).
- 11:12 AM: FRAMED, don't care? Well, that doesn't help and is the issue to your problem
- 11:14 AM: Hope nobody emails you issues on Trip Advisor. I'm Framed!
- 4:22 PM: Framed
- 5:32 PM: I will come. Everybody talking there wants to come hurt me, i'll let

1:26-mj-01973-DRM

them. I won't quit, i'm framed. I am innocent.

- 6:16: PM: I won't quit, i'm not scared. I'm not allowed to live. I'm innocent. I won't go away ever. I won't calm down. No i will not. I never get a fair chance.

14. In March 2018, MSP administered a polygraph examination to Purnell. During the polygraph, Purnell stated that he used fake accounts on social media platforms to harass Victim 2 and that he used one such account to tell Victim 2 that he wanted to burn her place of employment to the ground. He also admitted to accessing Victim 2's email account and Facebook account without her permission by using the "forgot password" features and using his knowledge of the victim to pass through security measures.

15. On March 21, 2018, Purnell was charged with violations of Md. Code Ann., Crim. Law Art. § 3-803, harassment in the Wicomico County District Court. The victim was Victim 2, Offense Date was listed as October 1, 2016 through March 14, 2018. On May 22, 2018, Purnell pled guilty to harassment and was sentenced to 90 days imprisonment, 60 days of which was suspended, and three years' supervised probation.

16. The day Purnell completed his term of probation, Purnell resumed communicating with Victim 1 and Victim 2. In May 2021, Victim 2 submitted a complaint to MSP about Purnell resuming his contact with Victim 1 and Victim 2.

17. In August 2021, Purnell was interviewed by MSP and provided the following information:

- Purnell understood that he was to stop all means of communication with Victim 1 and Victim 2.

- Purnell admitted to creating numerous Facebook profiles to communicate with Victim 1 and Victim 2. Purnell could not recall how many accounts he created.

- Purnell understood that from his 2018 arrest that if he were to send any additional messages or attempt to contact Victim 1 or Victim 2 in any other way, he could be charged with harassment.

5

1:26-mj-01973-DRM

18.     In March 2024, Victim 1 and her romantic partner, Victim 3, formed a non-profit organization to provide hot meals to civilians in Ukraine. Victim 1 and Victim 3 created a Facebook page for their non-profit to spread awareness of their work. Soon after creating those pages, Victim 1 and Victim 3 began receiving messages that followed the same tone and style of writing that Victim 1 associated with Purnell.

19.     In May 2024, Victim 2 received a message from an account named "Claudia Yummai"[1] with Victim 1's image as the profile photo. Victim 3 received a message from an account named "Holly Qoompbell"[2] that used the same image of Victim 1 as the profile photo. This followed a similar pattern of Purnell establishing new accounts to contact the victims and using the victims' photos as the profile photo. The two messages both contained nearly identical text that followed the same tone and style of writing that Victim 1 associated with Purnell.

20.     In May 2024, Victim 3 submitted a complaint to the FBI. Victim 3 provided the FBI with hundreds of screenshot images showing different messages sent to his personal Facebook account and the non-profit's Facebook page. These messages were sent from 25 different accounts, all of which were unknown to Victim 3. The majority of these messages discussed Purnell from the perspective of a third party, and were written in a style similar to the messages that Purnell admitted to sending in both prior police interviews.

_____

[1] 2703(d) returns from Meta list eric.purnell90@hotmail.com as the registered email address for the "Claudia Yummai" Facebook account. Furthermore, the same device is used to access accounts in Purnell's true name as well as the Claudia Yummai account.

[2] 2703(d) returns from Meta show the Holly Qoompbell account as having shared the same device as the user of accounts in Eric Purnell's true name.

6

1:26-mj-01973-DRM

21.     Many of these accounts use Victim 1's surname or variations of spelling of Victim 1's surname. The profile pictures used by these accounts contain profile pictures that are images of Victim 1 and her family.

22.     Between May 2024 and July 2024, the non-profit's Facebook page received approximately 50 comments from accounts discussing Purnell, written from a third-party perspective. These posts include the following topics, which contain repeated themes that are posted by multiple accounts:

- A threat to steal donated money and destroy a vehicle.

- A photo of Victim 1's house with the text, "I shall taste the spoils of victory as I target this house no matter who lives there when I want to take action," and, "don't regret and cry when its your turn to feel misery and despair."

- A link to a news article about Victim 1 and Victim 3 moving in August 2024 with the text "so august huh . . . well while it wouldn't be at that point I'm sure that I'll keep tabs and throw away my humanity after preparations are made."

- A comment linking a news article titled, "Video captures popular YouTuber's stricken girlfriend after ex-beau shoots her – and kills himself" with the text "oooo maybe this'll be experienced by [VICTIM 1] and Purnell in the future…..ahhh mental illnesses to ruin."

- A reply stating, "I don't care for attention I got emails ready for account creations and im on a roll and will be back somewhere tomorrow and each day just throwing that out there so there….Purnell may have his new home but he will be homeless soon enough I bet either that or be a suicidal maniac."

- Comments about Victim 3's children, including "[Victim 3] has kids! No worries just taking notes! Ill keep that in my back pocket but regardless of either option I will have them lmao…remember don't shed a tear don't get mad if this turn ugly in the future no excuses no angry red faces ok?"

7

1:26-mj-01973-DRM

23.     In June 2024, Victim 3 published a Facebook post and received a response from an account known to be used by Purnell that contained a link to a news article titled, "Twitch streamer Holle Knoll described abusive ex's shotgun attack: 'He just looked so evil,'" with the accompanying text, "being inactive and not acknowledging me and my existence wont work I love celebrating framing and ruining eric [Purnell] thanks to you and [Victim 1] and whats next in the long far future for [Victim 1] possibly ? well like I pointed out, maybe eric [Purnell] will cause this to happen which make himself be shot down by authorities. lmao why I dont know and dont care those who are apparently misunderstood and ruined does go unhinged hahahaha"

24.     Purnell made regular threats, via Facebook, to the victims over the course of 2024 that he would commit suicide if he ever saw law enforcement come near him.  One of his last messages (at that time) to the victims, sent via Facebook around November 2024, was a plea saying that any more prison time would ruin him.

25.     According to employment records, surveillance, open source data and his public social media posts, between November 2024 and June 2026 Purnell maintained a steady job and got an apartment.  During that time, he mostly limited his contact with the victims to emojis, "reactions," and reposting their humanitarian work Facebook posts.

26.     On July 18, 2026, Purnell, using a new profile called "Ruined Eric" along with previously known profiles, began posting to Victim 1 & Victim 3's non-profit Facebook page. The profile picture of "Ruined Eric" account is below:

1:26-mj-01973-DRM



1:26-mj-01973-DRM

27. The messages including the following:

1:26-mj-01973-DRM

█████████████████████████████ 's post ✕

Gee! I wish I HAD THAT! But i didn't, i didn't have the option to. And its not my fault! I put forth the effort in finding someone when i needed it! No one came! No one available!

👍 🗨 Reply   Send message   Hide

**JoyBoy Eric** · 1d
I DIDN'T HAVE THE CHOICE LIKE YOU ALL DO!

I'll get my passport then. Whether its with the Maryland Police or Oklahoma police or New Zealand police or the Ukrainian war or whatever other Country Project you do, I do see myself once again screwed over and ruined thanks to SOMEONE ELSE'S INFLUENCE! How?! By using MY influence on your lived one's LIVES! Just like MY LIFE BE RUINED THANKS TO A COMBINATION OF MY FAKE-LOVING BLOOD RELATIVES AND THOSE ROOMMATES, AND THE HACKER!

BUT THATS OK, UNLIKE ME, YOUR LOVED ONES HAS SUPPORT AND TRULY LOVE EACH OTHER! THERES NO WAY THEY'LL BECOME BITTER!

I DID NOT HAVE THE CHOICE LIKE YOU ALL DO!

👍 🗨 Reply   Send message   Hide

**JoyBoy Eric** · 1d
I ONLY HAVE SILENCE AND NOTHING AT ALL, FORCED TO LIVE 15 YEARS+ IN TOTAL ISOLATION! I DON'T DESERVE THIS! WHAT AM I SUPPOSED TO DO?! PLEASE TELL ME! HOW CAN YOU EXPECT ME TO STAY CALM AND AWAY LIKE THIS?!

👍 🗨 Reply   Send message   Hide

**JoyBoy Eric** · 1d
My life is on hold, ruined, because of you.

Comment as █████

😊 ☺ 📷 GIF 🙂

11

1:26-mj-01973-DRM

**[blacked out]'s post** ✕

MISUNDERSTOOD!!!! I HAVE NOTHING!!!! PLEASE MAKE THE SACRIFICE FOR ME!!! PLEASE DON'T LEAVE ME AMY PLEASE [blacked out] DONT DO THIS TO ME! PLEASE!!! I'M MISUNDERSTOOD!!! PLEASE I PROMISE, PLEASE!!! DON'T DO THIS TO ME!!!

MY BLOOD RELATIVES TREATS ME LIKE CRAP, LEFT ME HOMELESS ON THE STREET, MONTHS AFTER YOU ATTEMPTED TO CALM ME DOWN, THEY DIDN'T GIVE A CARE, I DIDN'T DO ANYTHING TO THEM OR ANYBODY!

WHY DO YOU TOY WITH ME, MY FEELINGS, MY HOPES, MY HEART [blacked out] ?! WHY?! WHY?!!
I WILL NOT FALL FOR THAT AGAIN!

I READ YOUR MOST RECENT NEWS ARTICLE AND I'M NOT GOING TO STAND FOR IT AND I'M NOT GOING TO LIVE WITH IT EITHER! YOU ASKED ME... YOU SAID PLEASE TO ME! YOU LAUGH AT ME TOO?! THINKING I WON'T KNOW AND I'M IGNORANT TO EVERYTHING?! THIS IS THE THANKS I GET FOR DOING AS YOU REQUESTED OF ME?!

I LOST MY HOME, MY PARENTS. PERSERVERED FOR NOTHING! I WORRIED! I TOOK MEDICATION. WENT TO THERAPY AND DOCTORS EVER SINCE I WAS A LITTLE BOY!

👍 💬    Reply    Send message    Hide

**JoyBoy Eric** · 13h
I knew it. I...

👍 💬    Reply    Send message    Hide

**[blacked out]** 6d · ✒ Author
https://www.facebook.com/share/p/1GwAxQy8WJ/

👍 💬    Reply

**JoyBoy Eric** · 13h
I'm crashing whatever party happens. I'm self-destruction That is it

👍 💬    Reply    Send message    Hide

**JoyBoy Eric** · 13h
There better be no more complaints. He and I lives in the same country. So this time, no more complaints!

👍 💬    Reply    Send message    Hide

**JoyBoy Eric** · 13h
No more begging. No more favors. No more.

👍 💬    Reply    Send message    Hide

12

1:26-mj-01973-DRM

28.     Between July 18, 2026 and July 19, 2026, Purnell made approximately 150 comments on the victims' Facebook accounts including six Facebook Messenger messages and two emails. Additionally, using the Ruined Eric profile, Purnell, posted a screenshot to Victim 3's ex-wife's Facebook post about their daughter. The screenshot (included below) showed that the ex-wife had viewed Purnell's Facebook page. Victim 3 and his ex-wife took this as an implied threat against their daughter.

 

13

1:26-mj-01973-DRM

29.   On July 23, 2026, Purnell posted the following to the non-profit page:



**Ruined Eric** · 10h

No, I don't have anyone or anything else better. No i am not going to quit. No i'm not lying. No, it's not for pettyness! Not for sympathy! No, there is no other path for me! This is for getting my chance I NEVER LOST! I NEVER LOST my privilege and opportunity with her and her family. No, i'll never move on! There's NOTHING ELSE!

No matter how much time goes by. How much it'll cost me. What and where it leads me to. I'll keep fighting for her and her family.

So if you think and assume differently, you're mistaken and misunderstood.

I didn't put myself in this position. No I didn't. I did not.

I know one thing, my flight to wherever she or whoever is at the time i go if this still is ongoing the way it currently is, is a one-way ticket for me. Because I don't expect a return trip if things don't end it the way I need it to. And based on the recent changes a certain someone did, you know and understand how I feel...

👍  💬   Reply   Send message   Hide

## SUMMARY

30.   Based on the facts detailed above, as well as my training and experience, Purnell has harassed Victim 1 and Victim 2 across several different social media platforms from 2008 to 2026.  Since 2024, Purnell has also harassed Victim 3 and the victims' non-profit page.  Despite numerous attempts to separate themselves from Purnell and ask that he cease contact, Purnell has repeatedly made disturbing, harassing and intimidating comments via social media in violation of Title 18 U.S.C. § 2261A.

## AUTHORIZATION REQUEST

31.   Based on the facts and circumstances detailed above I believe there is probable cause to believe that **Eric Jason Purnell** violated Title 18, United States Criminal Code, Section 2261A (Cyberstalking) between approximately 2007 and July 23, 2026.  Accordingly, I request that a criminal complaint and an arrest warrant be issued.

1:26-mj-01973-DRM

Special Agent Jonathan D. Shaffer
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and Fed. R. Crim. P. 4(d) this 29th day of __July__ 2026.

Honorable Douglas R. Miller
United States Magistrate Judge

15

1:26-mj-01973-DRM